# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| SHELLY RAE VALEIKA, | No. 2:19-cv-01042 AC |
|---|---|
| Plaintiff, | |
| v. | RECUSAL ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies herself. Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses herself from the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge for all further proceedings and that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 7, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE