McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY RAE VALEIKA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-1042-DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate Plaintiff's residual functional capacity, including reconsidering the opinions of State agency physicians Dr. Friedburg and Dr. Dalton, and explaining the weight given to these opinions. As necessary, the ALJ will further consider whether Plaintiff can perform work that exists in significant numbers within the national economy, seek additional vocational expert testimony, offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Respectfully submitted,

Date: *January 23, 2020*     LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Young Chul Cho\**
YOUNG CHUL CHO
*\*By email authorization on January 23, 2020*
Attorney for Plaintiff

Date: *January 23, 2020*     McGREGOR W. SCOTT
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDRED.[1]

DATED: January 24, 2020    /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the parties' stipulation, the Clerk of the Court shall enter judgment for plaintiff and close this case.